George Holland, Jr., SB# #216735
Holland Law Firm
Attorney at Law
1970 Broadway Suite 1030
Oakland, CA 94612

Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

FILED & ENTERED

MAR 09 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

JOSE WILFREDO LOPEZ

Case No.:    1:10-bk-11835-GM
Chapter:    7

**ORDER EXTENDING TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 7 BANKRUPTCY PETITON UNTIL AND INCLUDING MARCH 15, 2010**

The Court, having considered the Debtor's Application for an extension of time within which to submit incomplete filings pertaining to Debtor's Chapter 7 Bankruptcy Petition, and for good cause shown therein, now ORDERS that the Debtor's Application is GRANTED, and the Debtor's time to submit incomplete filings on or before March 15, 2010, is approved.

IT IS SO ORDERED.

###

DATED: March 9, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SERVE AMENDED STATEMENT OF SOCIAL SECURITY NUMBER UPON CREDIT REPORTING AGENCIES**
was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ( NEF )**   Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of                        , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
**George Holland, Jr**
Email: hlfirm@gmail.com

• Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

X   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

• Service information continued on attached page