David Seror, TRUSTEE [State Bar 67488]
9401 Wilshire Blvd. 9th Floor
Beverly Hills, CA  90212-2974
Telephone:    (310) 281-6361
Facsimile:    (310) 887-6801

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| In Re:<br><br>JOSE WILFREDO LOPEZ<br><br><br><br>Debtor(s) | Case No.: 1:10-bk-11835-GM<br><br>118352<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
|---|---|

COUNSEL: GEORGE HOLLAND JR

TO THE ABOVE NAMED DEBTOR(S) AND TO COUNSEL OF RECORD, IF ANY:

    PLEASE TAKE NOTICE that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 04/19/10 at 02:30 PM at 21051 Warner Center Lane, Room 105, Woodland Hills, CA 91367, for the reason set forth below:

☐ Your failure to appear at the previously scheduled 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at time and place listed above, your case may be automatically dismissed.

☒ You appeared at the previously scheduled 341(a) meeting and were requested to provide documentation. You are further notified that in the event you do not appear at the time and place listed above with the requested documentation, or in the alternative, if you do not mail the requested documents to this office, your case will be automatically dismissed. Only the trustee can excuse your appearance, otherwise <u>all</u> appearances are mandatory.

☐ You failed to provide proper picture I.D. and/or original proof of Social Security Number at the 341(a) meeting previously scheduled in your matter.

☐ Trustee reviewing documents.

☐ Other:

Dated:   March 22, 2010            /s/ David Seror
                                                           David Seror, TRUSTEE

JOSE WILFREDO LOPEZ
15757 COHASSET ST.
VAN NUYS, CA  91406

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9401 Wilshire Blvd. 9th Floor, Beverly Hills, CA 90212-2974.

   On March 22, 2010, I served the foregoing document described as NOTICE OF CONTINUED MEETING OF CREDITORS PURSUANT TO 11 U.S.C.§341(a) on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| JOSE WILFREDO LOPEZ | GEORGE HOLLAND JR |
| 15757 COHASSET ST. | HOLLAND LAW FIRM |
| VAN NUYS, CA 91406 | 1970 BROADWAY STE 1030 |
| | OAKLAND, CA 94612 |

☒   BY MAIL

☒   I deposited such envelope(s), with postage thereon fully prepaid, in the mail at Los Angeles, California.

☒   I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐   I delivered such envelope(s) by hand to the offices of the addressee(s).

☐   I caused such facsimile transmissions to the persons set forth.

Executed on March 22, 2010, at Los Angeles, California.

☐   (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                    /s/ Kathy Pscion
                    Kathy Pscion