NATHAN F. SMITH #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
nathan@mclaw.org
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Secured Creditor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>JOSE WILFREDO LOPEZ,<br><br>    Debtor.<br>_____<br>CENTRAL MORTGAGE COMPANY dba CENTRAL MORTGAGE LOAN SERVICING COMPANY, and its successors and/or assignees,<br><br>    Movant,<br><br>vs.<br><br>JOSE WILFREDO LOPEZ, Debtor, and DAVID SEROR, Trustee,<br><br>    Respondents. | Bankruptcy Case No. 1:10-bk-11835-GM<br><br>Chapter 7<br><br><br>**NOTICE OF CONTINUED HEARING**<br><br>CONTINUED HEARING DATE:<br>DATE: July 1, 2010<br>TIME: 9:30 am<br>CTRM: 303<br>FLOOR: 3rd |

**TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

CENTRAL MORTGAGE COMPANY dba CENTRAL MORTGAGE LOAN SERVICING COMPANY, and its successors and/or assignees ("CENTRAL MORTGAGE COMPANY") hereby files this Notice of Continued Hearing on the Motion for Relief from the Automatic Stay. The continued hearing will be held on **July 1, 2010 at 9:30 am in Courtroom 303, 3rd Floor, at the United States Bankruptcy Court located at 21041 Burbank Boulevard, Woodland Hills, California 91367.**

NOTICE OF CONTINUED HEARING                    1
SS/CMC/m60770

1  DATED: May 25, 2010              Respectfully Submitted,

2                                    MALCOLM ♦ CISNEROS, A Law Corporation

3

4                                    By: /s/ *Nathan F. Smith*
                                         NATHAN F. SMTIH
5                                        Attorneys for Movant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Second Floor, Irvine CA 92612

A true and correct copy of the foregoing document described **NOTICE OF CONTINUED HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 25, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

SAN FERNANDO VALLEY DIVISION  ustpregion16.wh.ecf@usdoj.gov
CHAPTER 7 TRUSTEE:    DAVID SEROR, kpscion@ecjlaw.com
DEBTOR'S ATTORNEY:    GEORGE HOLLAND, JR., hlfirm@gmail.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **May 25, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR: JOSE WILFREDO LOPEZ, 15757 COHASSET ST., VAN NUYS, CA 91406
HONORABLE BANKRUPTCY COURT JUDGE: United States Bankruptcy Court, Attention: Honorable Judge Geraldine Mund, 21041 Burbank Blvd, Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 25, 2010 | Scott Springer | _/s/ SS_ |
|---|---|---|
| Date | Type Name | Signature |